UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY LEE MOCK,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.
_____/

Case No. 14-14924
Hon. Matthew F. Leitman

## ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO AMEND COMPLAINT AND ADD PARTIES

Plaintiff filed this action in state court on November 25, 2014, and Defendants removed the action to this Court on December 30, 2014. On January 21, 2015, this Court entered a scheduling order giving Plaintiff until February 21, 2015, to file an Amended Complaint without further leave from the Court. Plaintiff seeks to extend that date by 30 days. The Court denies the request. Plaintiff may file a motion for leave to amend the Complaint if Plaintiff develops sufficient support for such a motion. At that time, the Court will evaluate whether to permit an amended pleading. The Court sees no basis to extend the originally-set deadline at this point. Accordingly, Plaintiff's motion to extend time to amend complaint and add parties is **DENIED** without prejudice to Plaintiff's right, at a later point, to file a properly-supported and properly-formatted motion to amend.

1

Any such motion shall strictly comply with the requirements of the Federal Rules of Civil Procedure and this Court's Local Rules.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 2, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 2, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113